UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Terry Nelson and Clark Anderson as Trustees of the Painters and Allied Trades District Council No. 82 Health Care Fund, et al,<br><br>  Plaintiffs,<br>vs.<br><br>Show Me Painting LLC and Terronya Fulford Block individually,<br><br>  Defendants. | Civil File No.: 19-cv-00198 (MJD/BRT)<br><br><br>**NOTICE OF DISMISSAL** |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated:  May 3, 2019        McGRANN SHEA CARNIVAL STRAUGHN
                           & LAMB, CHARTERED


                           By   s/ Amy L. Court
                           Carl S. Wosmek (Atty. No. 300731)
                           Amy L. Court (Atty. No. 319004)
                           Christy E. Lawrie (Atty. No. 388832)
                           800 Nicollet Mall, Suite 2600
                           Minneapolis, MN  55402
                           Telephone: (612) 338-2525
                           csw@mcgrannshea.com
                           alc@mcgrannshea.com
                           cel@mcgrannshea.com

                           *Attorneys for Plaintiffs*

1137128.DOCX